20165-222838 (JDS)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

**DONALD FLANAGAN &
SHALLOWFORD PROFESSIONAL PARTNERS,
LLC,**

    **Plaintiffs,**

VS.                                                                                             **NO.:**

**ERIE INSURANCE COMPANY,**

    **Defendant.**

## DEFENDANT'S NOTICE OF REMOVAL

Comes now Defendant Erie Insurance Company, and hereby notifies the Judges of the United States District Court for the Eastern District of Tennessee, the clerk of the Circuit Court of Hamilton County, Tennessee and Donald Flanagan & Shallowford Professional Partners, LLC, that the action described herein and filed in the Circuit Court of Hamilton County, Tennessee, is removed to the United States District Court for the Eastern District of Tennessee, Chattanooga Division pursuant to 28 U.S.C. § 1441.

1.    On March 7, 2023, Plaintiffs, Donald Flanagan and Shallowford Professional Partners, LLC, filed a civil action bearing Docket No. 23C311, against the Defendant, Erie Insurance Company, in the Circuit Court of Hamilton County, Tennessee. Service of the complaint and summons was made upon the Tennessee Department of Commerce and Insurance on March 15, 2023, by certified mail through the Department of Insurance of the State of Tennessee.

20165-222838 (JDS)

2. This action is filed by Plaintiffs for proceeds allegedly due under a contract of insurance written by Defendant, insuring Plaintiff's property in Hamilton County, Tennessee, which property was allegedly damaged by severe weather event occurring in September 2022.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332.

4. Plaintiff Donald Flanagan is a resident of Hamilton County, Tennessee and the sole member of Shallowford Professional Partners, LLC. Defendant, Erie Insurance Company, is a corporation incorporated in Pennsylvania, with its principal place of business in Erie, PA. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 23C311 is removed from the Circuit Court of Hamilton County, Tennessee, to this Court.

                    <u>s/Jonathan D. Stewart</u>
JONATHAN D. STEWART (#23039)
RAINEY, KIZER, REVIERE & BELL, PLC
Attorneys for Defendant
633 Chestnut Street, Suite 330
Chattanooga, TN 37450
(423) 756-3333
<u>jstewart@raineykizer.com</u>

### **CERTIFICATE OF SERVICE**

This is to certify that, on the 5th day of April, 2023, a true and correct copy of the foregoing document has been served in the manner of service indicated on the counsel of record listed below:

- ☒ By U.S. Mail, properly addressed and first-class postage prepaid

- ☐ By facsimile

- ☒ By operation of the Court's electronic filing system

- ☒ By email in Adobe PDF format with confirmation sent pursuant to Tenn. R. Civ. P. 5.02(2)

- ☐ By hand delivery

- ☐ By email as previously agreed by counsel

- ☐ By third party express delivery carrier, i.e., Federal Express, for overnight delivery

Gary R. Patrick, Esq.
Chanse J. Hayes, Esq.
Patrick, Beard, Schulman & Jacoway, P.C.
537 Market Street, Suite 300
Chattanooga, TN 37402
Email: <u>gpatrick@pbsjlaw.com</u>
Email: <u>chayes@pbsjlaw.com</u>
***Attorneys for Plaintiffs***

                    <u>**s/Jonathan D. Stewart**</u>