UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DONALD FLANAGAN and SHALLOWFORD PROFESSIONAL PARTNERS, LLC, *Plaintiffs*, v. ERIE INSURANCE COMPANY, *Defendant*. | Case No. 1:23-cv-75<br>Judge Travis R. McDonough<br>Magistrate Judge Christopher H. Steger |

## ORDER

Before the Court is the parties' joint motion to voluntarily dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) (Doc. 18). Accordingly, the parties' motion to voluntarily dismiss this action (*id.*) is **GRANTED**, and this action is therefore **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**